**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL ESCOTO,                          ) NO. CV 12-4992-PSG (MAN)
                                         )
          Petitioner,             )
                                         )
   v.                              ) ORDER ACCEPTING FINDINGS AND
                                         )
MARTIN BITER, WARDEN,                    ) RECOMMENDATIONS OF UNITED STATES
                                         )
          Respondent.             ) MAGISTRATE JUDGE
_____)

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Motion To Dismiss The Petition filed by Respondent ("Motion"), and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and Petitioner's counsel has not filed any objections with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

    Accordingly, IT IS ORDERED that: (1) the Motion is granted; and (2) Judgment shall be entered dismissing this action without prejudice.

1     IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2  Order and the Judgment herein on the parties.

3

4     LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED:    December 21, 2012

7

8                                    _____
9                                        PHILIP S. GUTIERREZ
                                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2