**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL ESCOTO, | ) | NO. CV 12-4992-PSG (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MARTIN BITER, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:  December 21, 2012

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE